**844** MURPHY ET AL. vs. CIRCUIT JUDGE (Presque Isle), No. 13994½.

To compel the dissolution of a preliminary injunction restraining defendants (relators) from cutting and carrying away pine timber from certain lands, title to which is claimed by complainants, and the right to enter upon which lands is asserted under certain tax deeds, which complainants allege are void.

Order to show cause denied February 6, 1894.

**845** CITY OF ALPENA vs. CIRCUIT JUDGE (Alpena), No. 13758, 97 M., 550.

To vacate an injunction, restraining the issuance of orders, warrants, etc., which was granted on the ground that the city acted in excess of its powers in that it had contracted before the collection of the fund out of which the contract price was payable.

Granted November 21, 1893.

Held, that the council in making contracts might anticipate the collection of the amount provided for in the annual budget.

**846** KROLIK ET AL. vs. CIRCUIT JUDGE (Wayne), No. 16114; 4 D. L. N., 69; 70 N. W., 1132.

To set aside an order refusing to vacate an injunction restraining relators from enforcing certain chattel mortgages.

Denied April 27, 1897, with costs.

Held, that the court was not without jurisdiction in granting the injunction and the exercise of its discretion will not be disturbed.